United States District Court
Southern District of Texas
FILED

DEC 13 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-22-302-S2 |
| | § | |
| MIGUEL GARZA | § | |
| MARCOS PEREZ, III | § | |

## SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about September of 2018 until on or about September 22, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**MIGUEL GARZA
and
MARCOS PEREZ, III**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about February 9, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MIGUEL GARZA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 23 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Three

On or about December 28, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**MIGUEL GARZA
and
MARCOS PEREZ, III**

did attempt to transport monetary funds, that is, approximately $9,921.00 in United States currency, from a place outside the United States, that is, the United Mexican States, to a place inside the United States, that is, Starr County, Texas with the intent to promote the carrying on specified unlawful activity, that is, the distribution of a controlled substance.

In violation of Title 18, United States Code, Sections 1956(a) (2)(A) and 2.

### Count Four

On or about June 12, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MIGUEL GARZA**

did corruptly attempt to, alter destroy, mutilate, and conceal a record, document, or other object or attempt to do so, with intent to impair its integrity and availability for use in an official proceeding.

In violation of Title 18, United States Code, Section 1512(c) (1), and Title 18, United States Code, Section 2.

### Count Five

On or about September 22, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MIGUEL GARZA**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, for Possession with intent to distribute, before the U.S. District Court, Southern District of Texas, McAllen Division on July 1, 2015, in cause number 7:14-cr-1801, did knowingly and unlawfully possess in and affecting interstate and foreign commerce any firearm or ammunition, namely, eleven (11) rounds of Sellier & Bellot, .45 ACP, caliber ammunition, and three (3) rounds of Winchester-Western, 12 Gauge, caliber ammunition,

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE
## 18 U.S.C. § 924(d)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

## MIGUEL GARZA

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

> Eleven (11) rounds of Sellier & Bellot, .45 ACP, caliber ammunition
> Three (3) rounds of Winchester-Western, 12 Gauge, caliber ammunition

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*[signature]*
ASSISTANT UNITED STATES ATTORNEY